UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 21, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Malibu Media, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § | Civil Action H-19-1720 |
| John Johnston, | § § | |
| Defendant. | § § | |

## Scheduling Order

1. By March 6, 2020, Malibu Media, LLC, may move for a judgment.

2. By April 3, 2020, John Johston may respond.

Signed on January 21, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge