## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Malibu Media, LLC** | § | |
| **Plaintiff**, | § | |
| | § | |
| v. | § | |
| | § | **Civil Action No. 4:19-cv-01720** |
| **John Johnston** | § | |
| | § | |
| **Defendants** | § | |

### NOTICE OF APPEAL

**Defendant files this notice of appeal to court granting plaintiff's motion to dismiss counterclaim and strike defendant's affirmative defenses.**

Respectfully Submitted,

 /s/Delphine James/s/

Delphine James
2616 South Loop West, Ste. 415
 Houston, Texas 77054
dmjamesjd@aol.com
dmjamesjd@gmail.com
Fax: 713-661-4145
Tel: 713-661-4144

1

## **CERTIFICATE OF SERVICE**

I certify that this Answers to Plaintiff First Set of Interrogatories was served on 01/24/2020 upon through the Electronic Filing System

Paul S. Beik
Beik Law Firm, PLLC
8100 Washington Ave
Suite 1000
Houston, TX  77007
T:  73-869-6975
Email: Paul@beiklaw.com