# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 20-20033

MALIBU MEDIA, L.L.C.,

        Plaintiff–Appellee,

versus

JOHN JOHNSTON,

        Defendant–Appellant.

4:19-CV-1720

Appeal from the United States District Court
for the Southern District of Texas

A True Copy
Certified order issued Mar 03, 2020

Jyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Courts
Southern District of Texas
FILED
*March 03, 2020*
David J. Bradley, Clerk of Court

Before SMITH, DENNIS, and DUNCAN, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this copyright case, the defendant filed a notice of appeal from an order dismissing his counterclaim. The court left all of the plaintiff's claims pending against defendant. When an action involves multiple claims, any decision that disposes of fewer than all the claims does not terminate the litigation and is not appealable unless certified under Federal Rule of Civil Procedure 54(b). *See Borne v. A & P Boat Rentals No. 4, Inc.*, 755 F.2d 1131, 1133 (5th Cir. 1985). Accordingly, the appeal is DISMISSED for want of jurisdiction.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 03, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 20-20033    Malibu Media, L.L.C. v. John Johnston  
                           USDC No. 4:19-CV-1720

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shawn D. Henderson, Deputy Clerk  
504-310-7668

cc w/encl:  
    Mr. Paul Stephen Beik  
    Mr. Delphine M. James