UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 27, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Malibu Media, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-1720 |
| | § | |
| John Johnston, | § | |
| | § | |
| Defendant. | § | |

# Order to Report

By September 13, 2021, the parties must jointly report the status of this case and the next steps to advance this litigation.

Signed on August 27, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge