**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:19-cv-01720 |
| | § | |
| **JOHN JOHNSTON,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

Plaintiff, Malibu Media, LLC, and Defendant, John Johnston, through his counsel Delphine James, have settled all claims in this matter. Accordingly, the parties respectfully submit this Notice of Settlement. The parties, through counsel, are working on the settlement agreement. Upon execution of the settlement agreement and satisfaction of the terms of the settlement agreement, the parties will submit a Joint Stipulation of Dismissal with Prejudice.

Dated: September 13, 2021                    Respectfully Submitted,

By: */s/ Paul S. Beik*
Paul S. Beik
Texas Bar No. 24054444
S.D. Tex. ID No. 642213
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Paul S. Beik*
   Paul S. Beik